JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>OSA GROUP, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO.: CV 09-1425 GAF (AGRx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>　　　　Hearing Date<br>DATE:　　October 19, 2009<br>TIME:　　9:30 a.m.<br>COURTROOM:　740 |

　　　Plaintiffs' motion for default judgment came on regularly for hearing on October 19, 2009, in the above-referenced Court, the Honorable Gary A. Feess, United States District Judge, presiding. Jacqueline L. Sugarman of Laquer, Urban, Clifford & Hodge LLP appeared as attorney for all plaintiffs. All appearances were stated on the record.

　　　After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

　　　**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the

1

242963.1

Judgment

1  Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
2  County Electrical Educational and Training Trust Fund, Trustees of the National
3  Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
4  Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
5  Management Committee, Los Angeles Electrical Workers Credit Union, and Contract
6  Compliance Fund shall recover from defendant OSA Group, Inc., a California
7  corporation, the principal amount of $7,061.37, along with attorney's fees of $5,000.00,
8  and costs of $2,763.00, plus post-judgment interest as provided by law from the date of
9  entry of the judgment herein.

12  Dated: October 16, 2009

*[signature: Gary Feess]*

UNITED STATES DISTRICT JUDGE