UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OSA GROUP, INC., a California corporation, <br><br> Defendant. | CASE NO.: CV 09-1425 GAF (AGRx) <br><br> ASSIGNED TO THE HONORABLE GARY A. FEESS <br><br> **AMENDED JUDGMENT** <br><br> [Fed.R.Civ.Pro. 55(b)(2)] |

Plaintiffs' motion for default judgment was set for hearing on October 19, 2009, in the above-referenced Court, the Honorable Gary A. Feess, United States District Judge, presiding.

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-

1

| | |
|---|---|
| 1 | Management Cooperation Committee, Trustees of the National IBEW-NECA Labor- |
| 2 | Management Committee, Los Angeles Electrical Workers Credit Union, and Contract |
| 3 | Compliance Fund shall recover from defendant OSA Group, Inc., a California |
| 4 | corporation, the principal amount of $8,546.73, along with attorney's fees of $5,000.00, |
| 5 | and costs of $2,763.00, plus post-judgment interest as provided by law from the date of |
| 6 | entry of the judgment herein. |
| 7 | |
| 8 | |
| 9 | Dated: <u>October  28, 2009</u> |
| 10 | UNITED STATES DISTRICT JUDGE |

252335.1

2

Amended Judgment